UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00596-MOC-DSC

| | | |
|---|---|---|
| **GENWORTH LIFE INSURANCE COMPANY,** | ) | |
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| **THE ESTATE OF ROBERT BROWN AND MICHAEL RICH,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Discharge. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Discharge (#21) is **GRANTED**, and **GENWORTH LIFE INSURANCE COMPANY** is discharged from any and all liability in this matter, each defendant is prohibited from maintaining any action against **GENWORTH LIFE INSURANCE COMPANY**, and **GENWORTH LIFE INSURANCE COMPANY** is dismissed with prejudice from this interpleader action.

**IT IS FURTHER ORDERED** that Defendant **MICHAEL RICH** is realigned as the Plaintiff in this matter, and the Clerk of Court shall so reflect such realignment in the caption of the docket.

Signed: March 20, 2015



Max O. Cogburn Jr.
United States District Judge